# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. DELACRUZ, | ) CV F 06-1375 AWI WMW HC |
| | ) |
| Petitioner, | ) ORDER DENYING MOTION FOR |
| | ) SCHEDULING ORDER AND EXPEDITED |
| v. | ) REVIEW |
| | ) |
| JEFF WRIGLEY, WARDEN, et al., | ) [Doc. 4] |
| | ) |
| Respondent. | ) |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On December 1, 2006, Petitioner filed a motion requesting this court issue a scheduling order setting this case on an expedited track.  This court has separately issued a scheduling order for this case, accordingly, to the extent that Petitioner requests such an order, his motion is DENIED AS MOOT.

    The court does not have a mechanism for calendaring a matter on an expedited track.  The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted.  However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted.  Case management at the court proceeds by the order cases are received.  Due to the high volume of such cases and the

court's diligent handling of each case, a court decision often takes time. Petitioner can rest assured that the court acts to resolve all pending cases in the most efficient manner possible. Accordingly, Petitioner's case will be heard in due course. Therefore, Petitioner's motion is HEREBY DENIED to the extent it seeks expedited handling of his case.

IT IS SO ORDERED.

**Dated:   December 19, 2006**               **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE