# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. DELACRUZ,<br><br>    Petitioner,<br><br>  v.<br><br>JEFF WRIGLEY, Warden,<br><br>    Respondent. | 1:06-CV-1375 AWI WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>ORDER GRANTING MOTION TO DISMISS [Doc. #9]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On April 10, 2007, the Magistrate Judge issued Findings and Recommendation that recommended the court grant Respondent's motion to dismiss and dismiss the petition as moot. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 10, 2007 are ADOPTED IN FULL;
2. Respondent's motion to dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

Dated:   August 4, 2007                    /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE